# United States District Court
## CENTRAL DISTRICT OF ILLINOIS

Kennado K Taylor
   Plaintiff

vs.

CHERYL HANSEN KARL A WEBBER
MR COOK MR Peters MR MAXON Shelton
Sgt miller C/o MR Kiefer
Ms Bowden tories petro MHP
Ms SADRINA Fox MHP Shanee
Lt Biros Jerche HAB Ms Jove
nurse tracy Nurse Kim

   Defendant(s)

Case No. _____
(The case number will be assigned by the clerk)

(List the full name of ALL plaintiffs and defendants in the caption above. If you need more room, attach a separate caption page in the above format).

## COMPLAINT

Indicate below the federal legal basis for your complaint, if known. This form is designed primarily for pro se prisoners challenging the constitutionality of their conditions of confinement, claims which are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "Bivens" action (against federal defendants). However, 42 U.S.C. § 1983 and "Bivens" do not cover all prisoners' claims. Many prisoners' legal claims arise from other federal laws. Your particular claim may be based on different or additional sources of federal law. You may adapt this form to your claim or draft your own complaint.

☐ 42 U.S.C. §1983 (state, county or municipal defendants)

☐ Action under *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971)(federal defendants)

☒ Other federal law: 28 U.S.C. 1915 (G) under Imminent danger of a Serious Physical Injury

☐ Unknown _____

## I. FEDERAL JURISDICTION

*Please refer to the instructions when filling out this complaint. Prisoners are not required to use this form or to answer all the questions on this form in order to file a complaint. This is not the form to file a habeas corpus petition.

Jurisdiction is based on 28 U.S.C. § 1331, a civil action arising under the United States Constitution or other federal law. *(You may assert a different jurisdictional basis, if appropriate).*

## II. PARTIES

A. Plaintiff:

Full Name: Kennada X Taylor

Prison Identification Number: M-25370

Current address: PO Box 99
Pontiac IL 61764

*For additional plaintiffs, provide the information in the same format as above on a separate page. If there is more than one plaintiff, each plaintiff must sign the Complaint, and each plaintiff is responsible for paying his or her own complete, separate filing fee.*

B. Defendants

Defendant #1:

Full Name: CHERYL HANSEN

Current Job Title: Nurse Practitioner

Current Work Address: PO Box 99
Pontiac IL 61764

Defendant #2:

Full Name: KARL A WEBBER

Current Job Title: Correctional Counselor

Current Work Address: PO Box 99
Pontiac IL 61764

Defendant #3:

Full Name: COOK

Current Job Title: CIO

PO Box 99 Pontiac IL 61764

2

~~Jurisdiction is based on 28 U.S.C. § 1331, a civil action arising under the United States Constitution or~~ other federal law. *(You may assert a different jurisdictional basis, if appropriate).*

## II. PARTIES

A. Plaintiff:

Full Name: Kennado K Taylor

Prison Identification Number: M-25370

Current address: PO Box 99
Pontiac IL 61764

*For additional plaintiffs, provide the information in the same format as above on a separate page. If there is more than one plaintiff, each plaintiff must sign the Complaint, and each plaintiff is responsible for paying his or her own complete, separate filing fee.*

B. Defendants

Defendant #: 9#

Full Name: Peters

Current Job Title: C/O

Current Work Address: PO Box 99
Pontiac IL 61764

Defendant #: 10#

Full Name: Shelton

Current Job Title: Majors office

Current Work Address: PO Box 99
Pontiac IL 61764

Defendant #: 11#

Full Name: Miller

Current Job Title: Sgt

Current Work Address: PO Box 99 Pontiac IL 61764

2

FULL NAME: [illegible]
Current Job Title: Lt. officer

Current Work Address: PO Box 99
Pontiac IL 61764

Defendant #4:

Full Name: Ms Petro

Current Job Title: MHP

Current Work Address: PO Box 99
Pontiac IL 61764

Defendant #5:

Full Name: Ms Sharee

Current Job Title: MHP

Current Work Address: PO Box 99
Pontiac IL 61764

For additional defendants, provide the information in the same format as above on a separate page.

## III. LITIGATION HISTORY

The "three strikes rule" bars a prisoner from bringing a civil action or appeal in forma pauperis in federal court if that prisoner has "on 3 or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

A. Have you brought any other lawsuits in state or federal court dealing with the same facts involved in this case?   Yes ☒   No ☐

If yes, please describe: Taylor v Smith

B. Have you brought any other lawsuits in federal court while incarcerated?

Yes ☒   No ☐

C. If your answer to B is yes, how many? 50   Describe the lawsuit(s) below.

3

6# full NAme   KIEVES
Current JoB title   C/O

Current Work Address   Po Box 99
Pontiac IL 61764

Defendant #: 7#

Full Name: MS BOUDEN-torres

Current Job Title: Nurse's

Current Work Address: Po Box 99
Pondrac IL 61764

Defendant #: 8#

Full Name: SAbrINA FOX

Current Job Title: Nurse'

Current Work Address: Po Box 99
Pontiac IL 61764

For additional defendants, provide the information in the same format as above on a separate page.

### III. LITIGATION HISTORY

The "three strikes rule" bars a prisoner from bringing a civil action or appeal *in forma pauperis* in federal court if that prisoner has "on 3 or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

A. Have you brought any other lawsuits in state or federal court dealing with the same facts involved in this case?     Yes ☒     No ☐

If yes, please describe ~~Taylor v Smith~~ Taylor v Smith

B. Have you brought any other lawsuits in federal court while incarcerated?

Yes ☐     No ☐

C. If your answer to B is yes, how many? 50   Describe the lawsuit(s) below.

3

I have Five Strikes See TAYLOR V DOe et al 17CV 2347 CN. D. Ill dismissed June 2 2017 TAYLOR v Doe etal NO 17CV 2348 N.D. Ill dismissed June 2 2017) TAYLOR V Doe etal NO 17CV-2319 CN.D. Ill dismissed June 5 2017 TAYLOR V Doe etal NO 17 CV 5537 CN.D Ill dismissed Sept 22 2017) TAYLOR V Doe etal 17 CV 6001 (N.D Ill dismissed Sept 22 Ill dismissed

1. Name of Case, Court and Docket Number Sept 22 TAYLOR V DR HAGGARDY NO 20-1142 CeNTRAL DisTRict Court TAYLOR V JACKSON NO 20-01141 TAYLOR V KARIMI 19 CV 01301 TAYLOR V JACKSON NO 20 CV 1145

2. Basic claim made deny of mental Health treatment deny of mental treatment deliberate indifference to A Serious medical need and Excessive Force

3. Disposition (That is, how did the case end? Was the case dismissed? Was it appealed? Is it still pending?) I still having some pending some I dismiss

*For additional cases, provide the above information in the same format on a separate page.*

## IV. EXHAUSTION OF ADMINISTRATIVE REMEDIES

*Prisoners must exhaust available administrative remedies before filing an action in federal court about prison conditions. 42 U.S.C. § 1997e(a). You are not required to allege or prove exhaustion of administrative remedies in the complaint. However, your case must be dismissed if the defendants show that you have not exhausted your administrative remedies, or if lack of exhaustion is clear from the complaint and its attachments. You may attach copies of materials relating to exhaustion, such as grievances, appeals, and official responses. These materials are not required to file a complaint, but they may assist the court in understanding your claim.*

A. Is there a grievance procedure available at your institution? Yes ☒  No ☐

B. Have you filed a grievance concerning the facts relating to this complaint?

   Yes ☒  No ☐

   If your answer is no, explain why not In THE CeNtRAL DisTRict on Chester mental Health North District Court For deny me medical treatment and Mental Health Care in treatment TAYLOR Smith

C. Is the grievance process completed? Yes ☐  No ☒

## V. STATEMENT OF CLAIM

Place(s) of the occurrence _____

4

Date(s) of the occurrence <u>on 9/2/2020 this is A ongoing issue of Conspuctorial and Retaliation</u>

State here briefly the FACTS that support your case. Describe what each defendant did to violate your federal rights. You do not need to give any legal arguments or cite cases or statutes. Number each claim in a separate paragraph. Unrelated claims should be raised in a separate civil action.

THE COURT URGES YOU TO USE ONLY THE SPACE PROVIDED. Federal Rule of Civil Procedure 8(a) requires only a "short and plain statement" of your claim showing that you are entitled to relief. It is best to include only the basic, relevant facts, including dates, places, and names.

On the About Date of the on going Conspuctorial and Retaliation and with prejuice of Judge HAROLD A BAKer THE Defendant's are Aware of THE Judge not giving me A hearing or A Fair hearing with prejuice I am under imminent harm and have suffering Injurys and serious Injurys this Judge HAROLD A BAKer is Aware that THE Name Defendant and Knowing officer's and nurse's are trying to Kill me and harming me with serious Injury and Cover-up THE Defendants that He No At Pontiac and Family with officer's At Pontiac and Judge Harold A Baker is dismissed my lawsuit and now I am under imminent harm and danger of A serious Injury and Injury's that have Been cause and still happing white now and I am name new defendants and this Judge HAB is Reashen that BECAUSE I have three Strikes He not going to hear my complaind and have denied Plaintiff Kennedy K Taylor Access to THE Court and Violation of U.S.C. 1915(g) The law clear state if the Plaintoff is onder imminent danger of A serious physical injury then I Should Be Allowed to proceed in forma Pauperis in this Above case Taylor v Sheryl Hansen But this Judge HAB is Still Going to deny my complaind At All time and I have suffer Injury and Suffering Injury's At this time and denied me Access to THE Court so Defendants can Kill me and cover it up At All time →

5

on this ongoing issue C/O Cook C/O Kievles and C/O Jefford

and C/O Peters is giving me set food trays that say LCS on them that making me very sick it cause me to pass out and hit my head on the floor and I was deny medical treatment by nurse Sadrina Fox Nurse Bowden-Torres Nurse Tracy Nurse Kim and Nurse Janie they are set nurse that cover up my injury's and reopen up my medication that I take and puting same thing and the medication that making me very sick and stoping me from thinking I go home in 17 days and they trying to kill me before I go home and EMT Rebacca is being call to cover up my injury and when the defendants kill me she will cover it

up and Nurse PA Cheryl Hansen is cover up medical record and document and the defendants is acting like I am refuses medical treatment and care and useing old medical records to cover up what's going on right now when C/O Cook and C/O Kievles and C/O Jefford and C/O Peters and all the night shift officers are giving me a set food tray that have LCS on it I was never saw by any medical doctor to get a diet that say LCS on the food tray when I eat the food tray I get very sick it cause my ongoing health problem condition and medically serious and painful and deny me sick call and act like I am refuses to cover it up it cause my body to lock up and resulted in panic attack which caused heart palpitation in my legs and back

6

to worseing that cause me extreme pain and recen traumatic and injury's and Nurse PA Cheryl Hansen have knowledge of access to sick call and the above nurse's Bowden Nurse Sadrina Fox

and cover up me report my Injury I have report to All THE Nurse's that Iam having Allegation's to THE Food that They are puting and THE set Food tray that THEY telling me that Nurse CHERYL HANSEN order this LCS Diet Food me when I never had my Blood taken sect I have Been hear to cover up [crossed out] what THEY are puting in my Food and it will SHOW up and A Blood text Iam having Allegations of Lock my Body up PANIC ATTACKS leading to my heart Palpilations and Chest Pain Labored breathing choking Sensations and puting some in THE set Food tray that making this happing and told me that Nurse Practioner CHERYL HANSEN have order with Out me seeing her or MO Tiden or Any Doctor or Nurse PA and Nurse PA CHERYL HANSEN is cover up my medication Record's and Docment and delay in treatment that showing substantial harm and Serious Pain and Suffering resulting From Defendant's delaying requirement of medical treatment and care of recent traumatic and deny me medical treatment of A Serious medical need I have report to All THE NAME Nurse's and Nurse PA of EX of self Reporting and evidence of Significant and uncomfortable Heath problem condition that is medically serious and Painful in Nature this is Chronic Pain and serious medical need see Cavender V Campert 242 F.Supp. 2d 821 845 [D.Or 2002] McGuckin V Smith 974 F.2d At 1050 1060 9th Cir 2009] And this medical condition is threatens me to see work and Ability to Do Any thing see TAYlor V Plousis 101 F Supp 2d 255 262 D.N.J. 2000 and Nurse PA CHERYL HANSEN and All THE above name Nurse's have failure to treat my medical condition and cover it up with old medical record of THE Nurse PA CHERYL HANSEN she have Been Sue many of time and she is true THE Blood eye and THE Judge HAB and Defender Defendant MAJOR Shelton Sgt miller Lt Biros are A wear of Defendant's giving me THE Set tray at All time and deny me medical treatment and not Supervision or not FIX THE Situation and have personal involvement By not report to IA and A Part of THE corispontorial and Retaliction Because of my lawsuit in THE Past and Now I have told MAJOR Shelton that my Life is and danger and your officer's are puting something and my Food that make me very Sick and Sgt miller Lt Biros Sgt miller and Lt Biros told me you will not make it out Nigga Betch we are going to kill you Bith and haveing THE Defendant's deny me medical treatment For my Injury and not Doing THEY walk so THEY CAN Act Like they not A wear of it I have told MHP Petro that My Body is lock up and I need medical treatment and THE officer's are trying to kill me By puting me some thing in my Food tray and Iam having Allegations to THE Food she told me she CAN not Do Any thing About it and saw me choking and have leading breathing and MHP Petro Just walk A way she is A part of cover up my self Reporting she is A part of THE corispontion and Retaliction Because my lawsuit and me telling THE Court on her see Ex @ of Grievance's and RASho V Rob Jeffries Reporting MHP sharee is A wear of my Reporting of my Life is and danger and I told her that THE officer trying to kill me and Puting some thing and my Food to kill me and THE Nurse's is Reopening my medication's and Puting some thing it to kill me and making me very sick and I pass out and hit my head on THE Floor she told me I can not Do Any thing to help you and cover it up and was A wear of this Hole issue and she is A part of [cut off] and she told me to kill my self that will help

Counselor KARL A WEBBER is not sending any of my grievance back on the above issue He is A part of the conspiratorial and Retaliation He was IA and He no they to cover up for the Defendant I have sent counselor WEBBER and the Warden JACKSON Grievance and EMERGENCY of the of Nurse's deny me medical treatment for my Injury and I am trying to be kill by the C/O and Inmate's and Nurse and He will not Respond cover up my self Reports of harm and Being under danger and the officer's are putting some thing in my food to kill me and maken me very sick and the Nurse's are Reopening up my medications

and put some thing and key it that maken me very sick and I pass out and hit my head on the floor and was deny medical treatment By the Defendant's and He will not Respond that make him A wear and Deliberate Indifference to A Serious medical need and not Respond Appropriately and not Respond to this Issue At All to make the M.D Ayden and the Warden JACKSON A wear to Screening Grievance procedures and Policies of staff and Nurse causing harm and Injury to me and mental Health staff this is Retaliation of my Pass lawsuit on him and deny and delay me Access to medical treatment Because my grievance's have to go throw him Because the Warden is Going to deny all EMERGENCY Grievance to him and I have file Grievance's on Canselor WEBBER At All time and No Respond At All on this Above Issue     6 of 6

All Name Defendant's CHERYL HANSEN KARI A WEBBER c/o Cook c/o Peters c/o Kiever c/o Jefford and All unknowing c/o on night Shift that pass out THE Food tray's Nurse SABRINA FOX Nurse Bowder-torres Nurse tracy Nurse Kim MHP Petro MHP Sharee Nurse Jonne have put me At risk of Pain Ijury's and soon to Be death By fAiling to Address fine Amental needs it and it violation's my Constitutional Right and mandate to protect Against Cruel and unusual Punishment and have fAilure to treat THE Cause of Pain with medical complaints and symptoms have been unrecognized By the name Defendant's Health Care providers and deny my safety concerns and failure to identify serious instability and deliberate Indifference to my serious medical need and All Defendants Knew of THE Serious medical need and failed to Respond reasonably and showing A Serious medical need and failure to treat my medical condition and unnecessary and wanton infliction of Pain and Defendants intentionally deny and delay me Access to treatment and covering up THE Medical Record and fail to respond By All Name Defendants and Name Judge HAB is A part of this

## RELIEF REQUESTED

(State what relief you want from the court.)

Seeking 500,000 For Punitive Damages

Seeking Compensator Damages 1,000,000

Seek Motion For Tempurary Restraining order

Seek A Preliminary Injunction

JURY DEMAND   Yes ☐   No ☐   9/13/2020

Signed this _____ day of _____, 20 20

( Signature of Plaintiff)

| Name of Plaintiff: Kennado L Taylor | Inmate Identification Number: M-28370 |
|---|---|
| Address: PO Box 99 Pontiac IL 61764 | Telephone Number: N/A |

US District Court CENTRAL District of ILLINOIS

Kennado K Taylor
 Plaintiff
    V
PA Nurse CHERYL HANSEN
 Defendant's

CASE NO
Judge
DATE

## DECLARATION OF Kennado K Taylor

Kennado K Taylor hereby declares I am incarcerated At Pontiac South mental Health CALL 140 wear THE Defendant's are giving me set Food tray's with LCS on it when I have not saw a MD Doctor or a Nurse PA For this Diet and I Did not Request this Died I have 17 Days Befor I Go Home and now I am getting A set Food tray with LCS on it and they telling me THE Defendant's that THE Nurse Practitioner CHERYL HANSEN order this LCS Diet when I never had my Blood taken not one time and Pontiac to Cover up them kill me and it will not show on THE Blood text and Acting like I am Refuses to have my Blood taken and the Defendant's CHERYL HANSEN Is cover up my medical records so I CAN Be kill THE Defendant's are giving me set tray's with LCS on THE Food tray's that maken me very sick and causing Food holding Allegtion of Rash of my skin and causeing my body to lock up of THE Nurse Reopening up my medication's and cause me Allegations of panic Attack's Leading to my heart Palpidations chest pain's labored breathing choking sensations of the name nurse's sabrina fox Nurse tracy Nurse Kim Nurse Jovie and Nurse Pactitioner and MHP sharee MHP peter is a wear of it and not Report it MHP sharee telling me to kill my self that will Help and all THE Name officer's Defendant's c/o cook c/o peter's c/o Kievles c/o Jefford Sgt muller Lt Biros Major Shelton are deny me medical treatment and A wear of this going on with me At All time and try to kill me with THE Food tray this is a conspetorial and retraction of All the Defendant's and THE Judge HAB is deny me Access to THE Court and a wear I am under Imminent danger's and I have suffer Injury and I am still sufferihy Injury's and THE Judge is prejudice to me At All time and violation of U.S.C. 1915 IAW that Clear state that I am under imminent danger and suffer serious harm and Injury's I declare under penalty of perjury that THE Foregoing is true and Correct Executed At Pontiac IL 9/13/20 Kennado K Taylor

SCANNED at PCC and E-Mailec
9/15/20 (date) by HZ (initials)
22 (# of pages)

Kennado K Taylor
M-25370
Pontiac CC
PO Box 99
Pontiac IL 61764